### JONES, et (Civil Service Commission of Cleveland) v STATE ex VEASEY

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Dec 23, 1930

For full opinion see 177 NE 507; 39 Oh Ap 264 (Oh Bar 10-27-31).